| | | |
|---|---|---|
| JOYOUS D. ELDRIDGE<br>4315 Side Hill Road<br>Baltimore, Maryland 21229 | * | IN THE |
| | * | CIRCUIT COURT |
| and | * | FOR |
| JAMES W. ELDRIDGE<br>4315 Side Hill Road<br>Baltimore, Maryland 21229 | * | BALTIMORE CITY |
| | * | |
| Plaintiffs | * | |
| v. | * | |
| DAIMLERCHRYSLER SERVICES<br>NORTH AMERICA, L.L.C., SUCCESSOR<br>BY MERGER TO CHRYSLER<br>FINANCIAL CORP.<br>2777 Franklin Road, 25th Floor<br>Southfield, Michigan 48034 | * | L06CV0395 |
| Defendant | * | |
| Serve On Resident Agent: | * | |
| Corporation Trust, Inc.<br>300 E. Lombard Street<br>Baltimore, Maryland 21202 | * | Case No.: |

* * * * * * * * * * * * * * * * * * * * * * *

## COMPLAINT

Now come Joyous D. Eldridge and James W. Eldridge, by their attorney, Lewyn Scott Garrett, and bring this action against the Defendant, and allege:

### *Count 1*

1. That the Plaintiffs reside at 4315 Side hill Road in the City of Baltimore, State of Maryland;

2. That the Defendant is a corporation licensed to do business in the State of Maryland;

3. That on or about May 12, 2000, the Plaintiffs purchased a vehicle, namely, a 2000 Dodge Ram Wagon from Musselmann's Dodge, Inc., Vehicle Identification

Number, 2B5WB35Z3YK135456, in Baltimore, Maryland, and the Defendant was the holder of a contract for financing of said vehicle;

4. That in accordance with said financing contract, Plaintiffs made all payments in an acceptable manner;

5. That on or about January 14, 2003, the Defendant without any just cause repossessed said vehicle for an alleged default, and then proceeded to sell said vehicle for an alleged default on or about January 21, 2003;

6. That the Plaintiffs made demands for the return of said vehicle after discovering that the Defendant had repossessed the vehicle and before the sell of the vehicle;

7. Nevertheless, on or about January 14, 2003, Defendant's agents, acting within the scope and course of their employment, confiscated the vehicle without the consent of the Plaintiffs, and took and converted the property to the Defendant's own use and from the Plaintiffs' residence, and then sold the vehicle despite the objection and the demands for the return of the vehicle by the Plaintiffs;

8. That as a result of the Defendant's above-described acts, plaintiffs have been deprived of the use and enjoyment of the vehicle, has had to expend funds for the transportation; as a further result Plaintiffs have suffered humiliation, distress and embarrassment and have been held up to public ridicule and have been injured in their credit, all to their damage in the amount of $150,000.00.

**THERFORE**, Plaintiffs demand judgment against the Defendant in the amount of $150,000.00 for compensatory and punitive damage, plus costs; and Plaintiffs request for such other and further relief as is just and proper.

### *Count 2*

9. That the Plaintiffs reincorporate all of the allegations and facts of Count 1 as if fully stated, and further allege that the Defendant then proceeded to bring legal action against the Plaintiffs for the allege breach of said contract for a deficiency balance from the sell of the vehicle in the District Court for Baltimore City, State of Maryland, Case Number 010100317412004;

10. That the Defendant took this action even though it was without any merit and justification to the abuse of legal action, all to the detriment of the Plaintiffs;

11. That the Plaintiffs have to employed legal counsel to defend themselves, and incurred legal fees that was eventually dismissed against them.

**THEREFORE**, Plaintiffs demand judgment against the Defendant in the amount of $100,000.00 for compensatory and punitive damage, plus costs; and Plaintiffs request for such other and further relief as is just and proper.

_____  
Lewyn Scott Garrett, Esquire  
2225 St. Paul Street  
Baltimore, Maryland 21218  
410-366-2571